United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| P.G.G., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-01662 |
| § | |
| HOUSTON NFL HOLDINGS, L.P. d/b/a § | |
| HOUSTON TEXANS , *et al*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed an Agreed Stipulation of Dismissal without prejudice, in favor of arbitration, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Dkt. No. 17).

Accordingly, it is Ordered that this case is dismissed without prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 18th day of July, 2018.

_____
Kenneth M. Hoyt
United States District Judge